UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

ALFORD D. WEEKS,

                    **Petitioner,**

          **v.**                                    **Civil No. 08-79-HO**

MICHAEL MUKASEY, et al

                    **Respondents.**

## JUDGMENT

This action is dismissed without prejudice.

Dated: February 8, 2008

                    Sheryl S. McConnell, Clerk

                        s/ S. Nogelmeier
                by
                    S. Nogelmeier, Deputy Clerk

**JUDGMENT**                                  **DOCUMENT NO:** _____